IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-00268-01-CR-W-GAF |
| | ) | |
| MATTHEW H. COY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is currently before the Court on the issue of whether medication should be involuntarily administered to defendant Matthew H. Coy in an attempt to restore competency.

On August 26, 2019, an evidentiary hearing was held before United States Magistrate Judge Lajuana M. Counts to determine whether psychiatric medications should be involuntarily administered to defendant Coy in an attempt to restore his competency to proceed to trial. Defendant Coy was represented by Federal Public Defender Laine T. Cardarella and Assistant Federal Public Defenders Carie Allen and Jedrick Burgos. The government was represented by Assistant United States Attorney Jeffrey Q. McCarther. The government called Dr. Logan Graddy to testify. Dr. Roger Sommi, Jr., testified on behalf of the defense.

On November 12, 2019, United States Magistrate Judge Counts issued a Report and Recommendation (Doc. #82). Defense counsel filed Objections to the Report and Recommendation (Doc. #85) on December 17, 2019.

Upon careful and independent review of the record, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Counts.

Accordingly, it is

ORDERED that defendant Matthew H. Coy remain hospitalized at the Federal Medical Center in Butner, North Carolina, for an additional period of time, not to exceed four months, and that the Federal Medical Center commence the involuntary medication of defendant Coy in order to render him competent to stand trial. As part of this Order, the Federal Medical Center is granted permission to involuntarily perform any physical and laboratory assessments and monitoring which are clinically indicated to monitor for medication side effects in the event defendant Coy refuses or is unable to consent to any of these procedures.

s/ Gary A. Fenner  
GARY A. FENNER, JUDGE  
UNITED STATES DISTRICT COURT

DATED: December 26, 2019