# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-00268-01-CR-W-GAF |
| | ) |
| MATTHEW H. COY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On January 13, 2022, a hearing was held before United States Magistrate Judge Lajuana M. Counts on the issue of defendant Matthew H. Coy's competency. The parties stipulated to the report filed September 30, 2021, by Brianna Grover, Psy.D. (Doc. #113).

On January 19, 2022, Judge Counts issued her Report and Recommendation (Doc. #117). Objections were due February 2, 2022, and no objections were filed.

Upon careful and independent review of the record, as well as the applicable law, and there being no objections filed to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Lajuana M. Counts.

Accordingly, it is

ORDERED that defendant Matthew H. Coy is found to have recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

                                                                              s/ Gary A. Fenner  
                                                                              GARY A. FENNER, JUDGE  
                                                                               United States District Court

DATED:      February 3, 2022